IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

TIMOTHY E. RYAN AND
BRANDON HARGRAVE,

        Plaintiffs,

    v.                                  Law No. 12-cv-3305-RM-BGC

DEPUTY TRAVIS KOESTER, IN HIS
INDIVIDUAL AND OFFICIAL
CAPACITIES AT THE SANGAMON
COUNTY SHERIFF'S OFFICE AND
SANGAMON COUNTY,

        Defendants.

## <u>MOTION IN LIMINE</u>

NOW COME the Defendants, DEPUTY TRAVIS KOESTER and SANGAMON COUNTY, by their attorney, THERESA M. POWELL, of HEYL, ROYSTER, VOELKER & ALLEN, and hereby submit their Motion in Limine to Bar certain Witnesses from Testifying. In support, Defendants state as follows:

1.      In their Rule 26(a) disclosures Plaintiffs have identified certain judges, attorneys, and Court personnel that participated in their statutory summary suspension hearings in State Court. Defendant Koester testified at these hearings and the suspensions were rescinded.

2.      Defendants presume Plaintiffs have made these disclosures due to an intent to call these individuals to testify to what happened at the SSS hearings and to give their opinions on Defendant Koester's credibility at those hearings.

3.      Evidence of what happened at the SSS hearings is irrelevant and not likely to lead to discovery of relevant evidence, as are the opinions of any witnesses to those hearings on

Defendant Koester's credibility. The utility of these hearings is limited to uses of the transcript permitted under the Federal Rules of Evidence.

4.     In light of the fact that Plaintiff's disclosures would necessitate Defendants taking the depositions of Sangamon County Judges Christopher Perrin and John Madonia, Defendants seek a pretrial determination regarding this evidence to avoid subjecting the judges and court personnel to the inconvenience of sitting for depositions for evidence that will be inadmissible at trial.

5.     Filed contemporaneously and incorporated by reference is a memorandum of law in support of this Motion.

WHEREFORE, for the above reasons, Defendants respectfully request this Honorable Court grant their Motion in Limine to Bar Certain Witnesses and grant such further relief as the Court deems appropriate.

Respectfully submitted,

DEPUTY TRAVIS KOESTER and
SANGAMON COUNTY, Defendants

s/ Theresa M. Powell
Theresa M. Powell, IL ARDC #6230402
Joseph N. Rupcich, IL ARDC #6283899
Heyl, Royster, Voelker & Allen
3731 Wabash Avenue
P. O. Box 9678
Springfield, IL  62791-9678
Phone: 217.522.8822, Ext. 222/223
Fax:    217.523.3902
Email: tpowell@heylroyster.com
           jnrupcich@heylroyster.com

## <u>PROOF OF SERVICE</u>

I hereby certify that on August 29, 2013, I electronically filed the foregoing instrument, MOTION IN LIMINE, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel Noll – <u>dannoll@noll-law.com</u>

Jon Gray Noll – <u>noll@noll-law.com</u>

and I hereby certify that I have mailed on August 29, 2013, by United States Postal Service the foregoing instrument, MOTION IN LIMINE, to the following non-CM/ECF participants:

None

s/ Theresa M. Powell
Theresa M. Powell

TMP/JNR/mh (05487-T5088)
23048491_1