Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Timothy E. Ryan,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case Number: 12-3305 |
| **Brandon Hargrave, Travis Koester, and Sangamon County,** | ) |
| **Defendants.** | ) |

## AMENDED JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the Opinion entered on 2/2/2015 by U.S. District Judge Richard Mills, judgment is entered in favor of the Defendants and against the Plaintiff.

Pursuant to the Order entered by Judge Richard Mills on 3/11/2015 judgment is entered in favor of the Defendants and against the Plaintiff, plus costs of suit in the amount of $1,627.40.

3/4/2014 ----- Plaintiff Brandon Hargrave terminated pursuant to the Text Order entered by U.S. District Judge Richard Mills.

**Dated: March 19, 2015**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court